# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Mary Sao, *on behalf of herself and others similarly situated*, | Civil Action No.: 1:22-cv-00136 |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| Northstar Location Services, LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mary Sao hereby dismisses without prejudice all of her claims against Defendant Northstar Location Services, LLC in the above styled-action. The parties shall bear their own attorneys' fees and costs.

/s/ Alexander D. Kruzyk
Alexander D. Kruzyk
Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 803-1578
akruzyk@gdrlawfirm.com

Counsel for Plaintiff

/s/ Wesley S. White
Wesley S. White
Law Offices of Wesley S. White
State Bar No.: 43916
2300 E. 7th Street, Suite 101
Charlotte, NC 28204
Phone: (702) 824-1695
wes@weswhitelaw.com

Local Civil Rule 83.1(d) Counsel for Plaintiff

1

*/s/ Allison J. Becker*
Allison J. Becker
N.C. State Bar No.: 41993
Benjamin L. Williams
N.C. State Bar No.: 53665
421 Fayetteville Street, Suite 330
Raleigh, North Carolina 27601
Telephone: 984-242-1796
Facsimile: 919-741-5840
Email: abecker@grsm.com
blwilliams@grsm.com

*Attorneys for Defendant Northstar Location Services, LLC*

## CERTIFICATE OF SERVICE

I certify that on May 13, 2022 the foregoing document was filed with the Court using CM/ECF, which will send notification of such to all counsel of record.

*/s/ Alexander D. Kruzyk*
Alexander D. Kruzyk

2

Case 1:22-cv-00136-LCB-LPA   Document 11   Filed 05/13/22   Page 2 of 2